| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 98.223.214.146 | 2016-08-13 10:12:09 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Muncie | Delaware |
| 2 | 68.38.134.125 | 2016-08-13 18:44:09 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Indianapolis | Hamilton |
| 3 | 68.58.35.241 | 2016-08-14 00:13:42 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Plainfield | Hendricks |
| 4 | 73.146.170.204 | 2016-08-14 01:55:06 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Indianapolis | Hamilton |
| 5 | 98.227.15.213 | 2016-08-14 03:16:07 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Muncie | Delaware |
| 6 | 68.50.40.103 | 2016-08-14 03:39:12 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Bloomington | Monroe |
| 7 | 68.38.240.137 | 2016-08-14 03:55:09 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Muncie | Delaware |
| 8 | 50.140.182.108 | 2016-08-14 05:20:22 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Crawfordsville | Howard |
| 9 | 68.45.76.24 | 2016-08-14 07:39:16 | Mechanic 2 - Resurrection (2016) 1CD x264 SCREENER-CAM AAC 2.0 Cleaned Audio-DDR | SHA1: 6EEF1BD912FAC9B5BA801FD02996C79491226216 | Comcast Cable | Indiana | Connersville | Fayette |
| | | | | | | | | |
| | | | Exhibit B | | | | | |