AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| ME2 Productions, Inc.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-2757 |
| Does 1-9<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ME2 Productions, Inc. .

Date: 10/12/2016

/s/ R. Matthew Van Sickle
*Attorney's signature*

R. Matthew Van Sickle, IN Bar No. 24430-41
*Printed name and bar number*

Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
*Address*

matt@mattvansicklelaw.com
*E-mail address*

(919) 279-3908
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of October, 2016, he electronically filed the foregoing "APPEARANCE OF COUNSEL" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties.

/s/R. Matthew Van Sickle .
R. Matthew Van Sickle
Indiana Bar No. 24430-41
Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 279-3908
Email: matt@mattvansicklelaw.com

*Attorney for ME2 Productions, Inc.*