**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ME2 PRODUCTIONS, INC., Plaintiff, | ) | |
| v. | ) | **Case No. 1:16-cv-02757-LJM-DML** |
| DOES 1-9, Defendants. | ) | |

**MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff, by and through undersigned counsel, pursuant to the FED R. CIV. P., respectfully moves this Court for leave to take limited discovery prior to the Rule 26(f) conference for the reasons stated in the Memorandum filed contemporaneously herewith.

In particular, Plaintiff seeks the issuance of subpoenas under Rule 45 to one or more Internet Service Providers ("ISPs") who provided internet services to any of the Doe Defendants identified by an Internet Protocol ("IP") address in Exhibit B of the Complaint. The subpoenas will seek production of documents containing information sufficient to identify each Doe

Defendant, including providing their names and current addresses.

Respectfully submitted,

ME2 PRODUCTIONS, INC.

Dated this 14th day of November, 2016.

By: /s/ R. Matthew Van Sickle

R. Matthew Van Sickle
Indiana Bar No. 24430-41
Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 469-5685
matt@mattvansicklelaw.com

*Attorney for ME2 Productions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of November, 2016, he electronically filed the foregoing "MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to all counsel of record or interested parties via the CM/ECF system.

/s/ R. Matthew Van Sickle
R. Matthew Van Sickle
Indiana Bar No. 24430-41
Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 469-5685
matt@mattvansicklelaw.com

*Attorney for ME2 Productions, Inc.*